properties as you would expect from different biological materials. So there is a magic in the sense that this is what was disclosed and claimed which is different than anything that appears in nature and different than what other people were doing and eventually did, which is why the recognition of... Why is that different from the material that shows up on the lab reports, let's say at 37731 Monsanto's material, which they're talking about KPN. If I understand this, and I may not, they are talking about cutting off the gene at that very cleavage point, KPN, which is 725, right? 609 or 725? One of the two, in any event. Why isn't that exactly what they're describing here? Why isn't that sequence one? This is exactly what they're describing here. It may be sequence two, but in any event, one of the sequences. Without the sequence, of course, but the same amino acid, set of amino acids. In retrospect, if you went back, that would be correct. It would be the same sequence of amino acids. The difference being between what Monsanto did and what Bayer did is Bayer had already identified the sequence. They recognized and appreciated what they had, which was this particular unique material with the plant promoter and everything else, whereas, again, Monsanto, they had possession of the material, but they didn't know what they had. They didn't know the intrinsic properties, all of which we have to remember is very critical. 102G is not a prior art statute per se. It is a priority of invention. Priority goes, according to the statute, to the, quote, inventor who made the invention in this country, unquote. Bayer had the issue of having to live with the made in this country part of that statute, which is we couldn't rely on evidence of what he had done in Belgium because it was not made in this country. Monsanto has to live with the other part of the statute, which is the invention, and the invention is a very specific biologic product. Okay, I think we'd better leave it there. Thank you. Thank you. Thank both counsel. The case is submitted.